UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLE BELL,

    Plaintiff,　　　　　　　　　　　　　　　　Case No. 1:13-cv-615

v.　　　　　　　　　　　　　　　　　　　　　HON. JANET T. NEFF

BARACK OBAMA, et al.,

    Defendants.
_____/

## **ORDER**

    This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 24, 2013, recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim. The Report and Recommendation was duly served on the parties. No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

    A Judgment will be entered consistent with this Order.


Dated: July 15, 2013　　　　　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge